

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2018

No. 04-18-00063-CV

**THE STATE OF TEXAS**,
Appellant

v.

**CPS ENERGY** F/K/A City Public Service F/K/A/ San Antonio Public Service Company,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017ED0021
Honorable Kelly Cross, Judge Presiding

# O R D E R

Sitting:         Sandee Bryan Marion, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

The court has considered the appellant's motion for rehearing en banc and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court